**Dismissed w.o.j. and Opinion Filed October 16, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-17-01169-CV**
**No. 05-17-01170-CV**

## IN RE SENRICK SHERN WILKERSON, Relator

**Original Proceeding from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-01183 and F10-01184**

## MEMORANDUM OPINION
Before Justices Lang, Brown, and Stoddart
Opinion by Justice Stoddart

Before the Court is relator's October 2, 2017 "petition for nunc pro tunc and order," which we construe as a petition for writ of mandamus. In this original proceeding, relator asks this Court to issue a writ directing the Dallas Police Department to send copies of the original arrest reports in the underlying trial court cause numbers to this Court and the district court.

This Court does not have jurisdiction to issue a writ of mandamus against the Dallas Police Department unless it is necessary to enforce our own jurisdiction. TEX. GOV'T CODE § 22.221(a) (court of appeals may only issue writ of mandamus against district and county judges or as necessary to enforce jurisdiction of appellate court); *In re Wilkerson*, No. 05-16-00322-CV, 2016 WL 1320815, at *1 (Tex. App.—Dallas Apr. 5, 2016, orig. proceeding) (mem. op.) (citing *In re Simpson*, 997 S.W.2d 939, 939 (Tex. App.—Waco 1999, orig. proceeding)). Relator has no appeal pending in this Court and, therefore, our jurisdiction is not in jeopardy. Accordingly, we

dismiss relator's October 2, 2017 "petition for nunc pro tunc and order" for want of jurisdiction.


/s/Craig Stoddart/

CRAIG STODDART
JUSTICE


171169F.P05